UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

MATTHEW PENALOZA

Case No. 1:12-cr-00132-JTN

Case: 1:23-mj-231
Assigned To: Magistrate Judge G. Michael Harvey
Assign. Date: 8/25/2024
Description: Rule 5 Arrest Warrant

**ARREST WARRANT**

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MATTHEW PENALOZA, who is accused of an offense or violation based on the following document filed with the court:

[] Indictment  [] Superseding Indictment  [] Information  [] Superseding Information  [] Complaint
[] Probation Violation Petition  [X] Supervised Release Violation Petition  [] Violation Notice  [] Order of the Court

This offense is briefly described as follows:

for having allegedly violated terms and/or conditions of supervised release in violation of Title 18 US Code § 3583

Date: August 23, 2023
City and state: Grand Rapids, Michigan

Janet T. Neff, United States District Judge
*Name and title of issuing officer*

| **Return** |
|---|
| This warrant was received on *(date)* 8/23/23, and the person was arrested on *(date)* 8/25/23 at *(city and state)* Washington, DC. |
| Date: 8/25/23 |
| *Arresting officer's signature* |
| Ryan Owens NUSM |
| *Printed name and title* |